UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 272** |
| v. | ) | |
| JAVONI BUTLER | ) | Hon. Michael T. Mason |

The undersigned Affiant personally appeared before MICHAEL T. MASON, a United States Magistrate Judge, and being duly sworn on oath, states: That at NORTHERN DISTRICT OHIO, one JAVONI BUTLER was charged in an Indictment with, inter alia, violating Section 841(a)(1) of the United States Code, Title 21, for the offense of KNOWING DISTRIBUTION OF FIVE OR MORE GRAMS OF COCAINE BASE OR "CRACK," and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. Both the Warrant for Arrest and Indictment are attached hereto.

Wherefore, Affiant prays that the defendant be dealt with according to law.

MARK FREDKOVE
Special Agent, Federal Bureau of Investigation

Subscribed and Sworn to before me this
__31st__ day of ___March___, 2008.

Michael T. Mason
United States Magistrate Judge

FILED
MAR 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

J. GREGORY DEIS
Assistant U.S. Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of

UNITED STATES OF AMERICA

v.

Javoni Butler, aka G-man

**WARRANT FOR ARREST**

Case Number: **1:07CR095**

**JUDGE DOWD**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Javoni Butler, aka G-man_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

distribution of cocaine base (crack)

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and (b)(1)(B)__

Patricia A. Hemann
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

02/28/07 • Cleveland, Ohio
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | **1:07CR095** |
| Plaintiff, ) | |
| ) | CASE NO. _____ |
| v. ) | Title 21, §§841(a)(1) |
| ) | and (b)(1)(B), |
| JAVONI BUTLER, ) | United States Code |
| aka G-man, ) | Title 21, §860, |
| Defendant. ) | United States Code |
| ) | |

<u>COUNT 1</u>              **JUDGE DOWD**

The Grand Jury charges:

On or about June 19, 2006, in the Northern District of Ohio, Eastern Division, JAVONI BUTLER, aka G-Man, did knowingly and intentionally distribute five grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic drug controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

-2-

## COUNT 2

The Grand Jury further charges:

On or about June 20, 2006, in the Northern District of Ohio, Eastern Division, JAVONI BUTLER, aka G-Man, did knowingly and intentionally distribute five grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic drug controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3

The Grand Jury further charges:

On or about June 19, 2006, in the Northern District of Ohio, Eastern Division, JAVONI BUTLER, aka G-Man, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within 1,000 feet of a school facility; that is, Simpson Middle School, 218 West 4th Street, Mansfield, Ohio, all in violation of Title 21, United States Code, Section 860.

## COUNT 4

The Grand Jury further charges:

On or about June 20, 2006, in the Northern District of Ohio, Eastern Division, JAVONI BUTLER, aka G-Man, did knowingly and

-3-

intentionally distribute a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within 1,000 feet of a school facility; that is, Simpson Middle School, 218 West 4th Street, Mansfield, Ohio, all in violation of Title 21, United States Code, Section 860.

A TRUE BILL.

Original document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

-4-

<u>United States v. Javoni Butler, aka G-man</u>

A TRUE BILL.

_____
FOREPERSON


_____
GREGORY A. WHITE
UNITED STATES ATTORNEY