## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 272 | **DATE** | 3/31/2008 |
| **CASE TITLE** | United States vs. Javoni Butler | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 3/31/08. Defendant appears in response to federal arrest on 3/31/08. Defendant informed of his rights. Enter Order appointing John Murphy as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Javoni Butler is the person named in the arrest warrant. Government's oral motion for detention is granted; defendant having waived the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Order defendant removed in custody to the Northern District of Ohio, Eastern Division forthwith.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|