

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
April 11, 2008

Ms. Geri M. Smith
Clerk
United States District Court
2-161 Carl B. Stokes United States
  Court House
801 West Superior Avenue
Cleveland, OH 44113

**COPY**

**FILED**
APR 22 2008    APR 22 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: USA  vs.  Javoni Butler

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 cr 272 | _X_ Order of Removal dated: 3/31/08 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| ___ Financial Affidavit | ___ Temporary Commitment |
| ___ Order appointing counsel | _X_ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | ___ Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: *Yvette Pearson*
Yvette Pearson , Deputy Clerk