

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _A Bradway_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                                     4/17/08 |
| 1. Article Addressed to:<br><br>.. Smith<br>ates District Court<br>rl B. Stokes United States<br>>use<br>Superior Avenue<br>l, OH 44113<br><br>FILED<br>APR 2 2 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br>APR 2 2 2008 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>08cr272<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)       ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)       7006 0100 0001 7313 2593 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED
APR 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT